**Order entered December 16, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00892-CV

**BARBARA PINKUS, Appellant**

**V.**

**HARTFORD CASUALTY INSURANCE COMPANY, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 19920502013**

## ORDER

We **GRANT** appellant's December 12, 2014 second motion for an extension of time to file a brief. Appellant shall file a brief by **JANUARY 12, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE